UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENRIQUE MOLINA LOPEZ, individually and on
behalf of all others similarly situated,

                Plaintiff,                Case No.: 18-cv-05484 (PED)

   -against-

                                                      **STIPULATION OF DISMISSAL**

PRADO LANDSCAPE, LLC, d/b/a PRADO
LANDSCAPE, and DULIO PRADO,

                Defendants.
-----------------------------------------------------------X

      **WHEREAS,** on June 18, 2018, Plaintiff filed a Complaint, which asserts claims for, *inter alia,* failure to pay overtime wages and liquidated and statutory damages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and/or the New York Labor Law, including the Wage Theft Prevention Act;

      **WHEREAS,** Defendants timely filed an Answer to the Complaint on August 31, 2018, and deny Plaintiffs' allegations;

      **WHEREAS,** the Parties reached a settlement of this action and Plaintiff's claims through arms-length negotiations at a settlement conference before this Court on April 1, 2019, and have entered into a Settlement and Release Agreement (the "Agreement"), formally memorializing their settlement;

      **WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by this Court and are approved and considered a fair and reasonable resolution of a bona fide dispute over a provision or provisions of the FLSA, and of all other claims alleged by Plaintiff in this action; and

**WHEREAS**, per the Parties' joint request, this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants in the above-captioned action through their undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own fees and costs except as set forth in the Agreement. A copy of the signatures on this Stipulation serves the same purposes as an original signature.

Dated: May 28, 2019

PECHMAN LAW GROUP PLLC
*Attorneys for Plaintiff*

By: _____
Louis Pechman, Esq.
Gianfranco Cuadra, Esq.
488 Madison Avenue, 17th Floor
New York, New York 10022
(212) 583-9500
pechman@pechmanlaw.com
cuadra@pechmanlaw.com

Dated: June 5, 2019

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
Keith Gutstein, Esq.
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com
mcohen@kdvlaw.com

**SO ORDERED:**

_____
Hon. Paul E. Davison, U.S.M.J.

6-11-19

2